**JACK W. WEAVER, ESQ.  (SBN 278469)**
**WELTY, WEAVER & CURRIE, PC**
3554 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
Telephone: (707) 433-4842
Facsimile: (707) 473-9778

Attorneys for Plaintiff
JEFFREY MILLER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>    Defendant. | Case No. 22-cv-08868-DMR<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |

Plaintiff Jeffrey Miller and Defendant American Home Assurance Company hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated:  2/15/2023    WELTY, WEAVER & CURRIE, P.C.

By: _____
Jack W. Weaver, Esq.
Attorney for Plaintiff Jeffrey Miller

Dated:  2/21/2023    McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Kevin D. Hansen
Nicholas H. Rasmussen
Maria E. Valencia
Attorneys for American Home Assurance Company

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: February 28, 2023

_____
HONORABLE VINCE CHHABRIA